IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RHYNES, individually and on behalf of the general public, and DARRELL JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>STRYKER CORPORATION, et al.,<br><br>Defendants. | NO. C10-5619 TEH<br><br>ORDER OF RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 1/11/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT