Steven R. Anthony [SBN 37778]
Jane L. Trigero, Of Counsel [SBN 103575]
ANTHONY & ASSOCIATES
1999 Harrison Street, #1620
Oakland, California 94612
Telephone: [510] 835-8400
Facsimile:  [510] 835-5566

Attorneys for Plaintiffs
GLORIA RHYNES AND DARRELL JENKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RHYNES, Individually and on Behalf of the General Public, and DARRELL JENKINS,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>STRYKER CORPORATION, STRYKER ORTHOPEDICS and DOES 1 through 30, inclusive,<br><br>　　　　　　Defendants. | Case No.  C 10-05619-SC<br><br>**STIPULATION OF THE PARTIES TO CHANGE THE DATE OF THE CASE MANAGEMENT CONFERENCE & PROPOSED ORDER** |

　　　Due to a conflict on the calendar of Plaintiffs' counsel, the parties do hereby stipulate to change the date of the Case Management Conference presently on calendar for Friday, May 4, 2012 to Friday, July 6, 2012 at 10:00 a.m., in Courtroom 1 of the within Court.

DATED: April 25, 2012　　　　　ANTHONY & ASSOCIATES


　　　　　　　　　　　　　　　　　By:  /s/ Jane L. Trigero_____
　　　　　　　　　　　　　　　　　　　Jane L. Trigero
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

---

STIPULATION OF THE PARTIES TO CHANGE THE DATE OF THE CASE MANAGEMENT CONFERENCE & PROPOSED ORDER　　-1-

| | | |
|---|---|---|
| 1 | DATED: April 25, 2012 | Sedgwick LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ James Nelson \_\_\_\_<br>    James Nelson<br>    Attorneys for Defendants |
| 5 | | |
| 6 | | |
| 7 | | **ORDER** |
| 8 | IT IS SO ORDERED. | |
| 9 | DATED: 5/1/12 | By:_____ |
| 10 | | Honorable<br>U.S. District |



ANTHONY & ASSOCIATES
1999 HARRISON STREET, SUITE 1620
OAKLAND, CA 94612

STIPULATION OF THE PARTIES TO CHANGE THE DATE OF THE CASE MANAGEMENT CONFERENCE & PROPOSED ORDER

-2-

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

By: _/s/ Jane L. Trigero_____
      Jane L. Trigero