**United States District Court**
For the Northern District of California

1

2

3

4                  IN THE UNITED STATES DISTRICT COURT

5                FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    GLORIA RHYNES, individually and    ) Case No. 10-5619 SC
     on behalf of the general public,   )
8    and DARRELL JENKINS,               )
                                        ) ORDER GRANTING IN PART and
9               Plaintiffs,             ) DENYING IN PART DEFENDANTS'
                                        ) EX PARTE MOTION FOR ENTRY OF
10        v.                            ) A CASE MANAGEMENT ORDER
                                        )
11   STRYKER CORPORATION; STRYKER       )
12   ORTHOPEDICS; and DOES 1 through    )
     30, inclusive,                     )
13                                      )
                Defendants.             )
14                                      )
                                        )
15   _____ )

16

17        Now before the Court is Defendants' ex parte motion for entry

18   of a scheduling order.  ECF No. 53.  Defendants request that the

19   court establish a number of deadlines, including deadlines for

20   expert and fact discovery, which the Court declined to set at a

21   July 6, 2012 status conference.  Plaintiff opposes the ex parte

22   motion, arguing that the deadlines proposed by the Defendants are

23   unnecessary and unrealistic.  ECF No. 54.  Having reviewed the

24   papers, the Court remains convinced that it is too early to set the

25   discovery deadlines requested by Defendants.  The parties shall

26   designate their expert witnesses by January 7, 2013.  The Court

27   will hold a further case management conference on January 11, 2013

28   at 10:00 a.m., at which time the Court will set a date for trial

and a <u>Daubert</u> hearing, as well as deadlines for pre-trial motions
and discovery.   The hearing will be in Courtroom 1, 450 Golden Gate
Avenue, San Francisco, California.   The parties are to submit one
joint case management statement by January 8, 2013.


        IT IS SO ORDERED.


        Dated: July 31, 2012



        _____
        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2