United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA RHYNES, individually and on behalf of the general public, and DARRELL JENKINS,

    Plaintiffs,

v.

STRYKER CORPORATION; STRYKER ORTHOPEDICS; and DOES 1 through 30, inclusive,

    Defendants.

Case No. 10-5619 SC

ORDER GRANTING IN PART and DENYING IN PART DEFENDANTS' EX PARTE MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER

    Now before the Court is Defendants' ex parte motion for entry of a scheduling order. ECF No. 53. Defendants request that the court establish a number of deadlines, including deadlines for expert and fact discovery, which the Court declined to set at a July 6, 2012 status conference. Plaintiff opposes the ex parte motion, arguing that the deadlines proposed by the Defendants are unnecessary and unrealistic. ECF No. 54. Having reviewed the papers, the Court remains convinced that it is too early to set the discovery deadlines requested by Defendants. The parties shall designate their expert witnesses by January 7, 2013. The Court will hold a further case management conference on January 11, 2013 at 10:00 a.m., at which time the Court will set a date for trial

1  and a Daubert hearing, as well as deadlines for pre-trial motions
2  and discovery.  The hearing will be in Courtroom 1, 450 Golden Gate
3  Avenue, San Francisco, California.  The parties are to submit one
4  joint case management statement by January 8, 2013.

6       IT IS SO ORDERED.

8       Dated: July 31, 2012

9                                    UNITED STATES DISTRICT JUDGE

2