SEDGWICK LLP
Mario Horwitz (State Bar No. 110965)
mario.horwitz@sedgwicklaw.com
James Nelson (State Bar No. 181256)
james.nelson@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:     213.426.6921

Attorneys for Defendant STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RHYNES and DARRELL JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION; STRYKER ORTHOPEDICS; and DOES 1 through 30, Inclusive;,<br><br>Defendant. | Case No. 3:10-cv-05619-SC<br><br>**STIPULATION OF DISMISSAL [AND PROPOSED ORDER]**<br><br>Judge:     Hon. Samuel Conti |

Plaintiffs Gloria Rhynes and Darrell Jenkins, and defendants Stryker Corporation and Howmedica Osteonics Corp, by their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. Rule 41 (a)(1)(A)(ii), that this action be dismissed in its entirety, with prejudice, each party to bear its respective costs.

DATED: January 16, 2013          ANTHONY & ASSOCIATES


By:   /s/ *Steven Anthony*
       Steven Anthony
       Jane Trigero
       Attorneys for Plaintiffs

---

STIPULATION OF DISMISSAL [AND PROPOSED ORDER]                                             -1-

DATED: January 16, 2012     Sedgwick LLP

By: */s/ Mario Horwitz*
Mario Horwitz
Attorneys for Defendant Stryker Corporation and
Howmedica Osteonics Corp

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action be, and it is hereby, dismissed in its entirety with prejudice, each party to bear its respective costs.

DATED: January 22, 2013     _____
Honorable Samuel Conti
United States

*IT IS SO ORDERED*
*Judge Samuel Conti*

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

By: */s/ Steven Anthony*
Steven Anthony